## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Georgia

Case Number: 1:21-CV-4182

Plaintiff:
**KAMON ROSS**

vs.

Defendant:
**PLEASANT HILL REAL ESTATE, LLC**

For:
McCollister Law, LLC
P.O. Box 2525
Blairsville, GA 30514

Received by Freshvisions Legal Service, LLC on the 12th day of October, 2021 at 11:46 am to be served on **Pleasant Hill Real Estate, LLC C/O Jianhai Wu, Registered Agent, 2300 Pleasant Hill Rd, Suite B6, Duluth, Gwinnett County, GA 30096**.

I, Milton Nolen, being duly sworn, depose and say that on the **3rd day of November, 2021** at **10:17 am, I:**

served **REGISTERED AGENT,** a true copy of the **SUMMONS AND COMPLAINT, to Jianhai Wu, as the registered agent,** at the address of: **2300 Pleasant Hill Rd, Suite B6, Duluth, Gwinnett County, GA 30096** on behalf of **Pleasant Hill Real Estate, LLC,** and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and I am a Georgia certified process server in good standing.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: Other, Height: 5'8", Weight: 170, Hair: Black, Glasses: N

Subscribed and Sworn to before me on the 3rd day of November, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

JAN JOYNER
NOTARY PUBLIC
Cobb County
State of Georgia
My Comm. Expires May 2, 2022

**Milton Nolen**
Ga. Certified Process Server

**Freshvisions Legal Service, LLC**
P.O. Box 2706
Acworth, GA 30102-9998
(470) 423-9886

Our Job Serial Number: FVL-2021001562

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-4182

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pleasant Hill Real Estate, LLC c/o Jianhai Wu
was received by me on *(date)* Oct. 12, 2021.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jianhai Wu, who is
designated by law to accept service of process on behalf of *(name of organization)*
Pleasant Hill Real Estate, LLC on *(date)* 11/3/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/3/2021

*Server's signature*: Milton Nolen

Printed name and title: Milton Nolen, Certified Process Server

Server's address: P.O. Box 2706
Acworth, Georgia 30102

Additional information regarding attempted service, etc:

Print   Save As...   Reset